UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JANE DOE,

    Plaintiff,

v.

JONATHAN REES, a/k/a GREG ELLIS,
a/k/a JONNY REES,

    Defendant.

Case No.: 3:25-CV-133-DRL-SJF

**ORDER OF ATTACHMENT**

Plaintiff, Jane Doe ("Plaintiff" or "Jane Doe"), filed this case on February 10, 2025, along with a Motion for Prejudgment Attachment [DE 5] of Defendant's property located at 2309 Florimond Avenue, Michigan City, Indiana 46360. On February 20, 2025, Plaintiff filed a Motion for Expedited Consideration of her Motion for Prejudgment Attachment, or, in the alternative to Proceed *Ex Parte* [DE 13], which the Court took under advisement pending further submission from Jane Doe. [DE 16]. Considering the additional filings made by Jane Doe on March 5, 2025, and incorporating by reference the Opinion and Order entered on March 3, 2025, the Court now **GRANTS** the Motion for Prejudgment Attachment [DE 5].

The Court, having considered Plaintiff's complaint, motion for attachment, affidavit of Plaintiff Jane Doe in support; and it appearing to the Court that Defendant is a dual British/American citizen and Arizona resident, and that Defendant may be about to sell certain real property owned by him located at 2309 Florimond Avenue, Michigan City, Indiana 46360 in LaPorte County, Indiana; and that there may not be sufficient property in the state of Indiana to satisfy all of the claims of Plaintiff herein, it is **ORDERED** that:

- Plaintiff has complied with all the statutory requirements under Indiana Code § 34-25-2-1 *et seq*;

- a writ of attachment is **ISSUED** against the real property of the Defendant, located at 2309 Florimond Avenue, Michigan City, Indiana 46360, in LaPorte County, Indiana;

- Plaintiff has complied with Indiana Code § 34-25-2-5 by executing a bond or written undertaking, with sufficient surety in the sum of $100,000 that was filed with this Court and approved by the Court that Plaintiff will duly prosecute her proceedings of attachment and will pay all damages which may be sustained by Defendant if it is found that the proceedings are wrongful and oppressive as provided by Ind. Code § 34-25-2-5. Defendant is **ADVISED** that he is entitled to an action on the written undertaking if it is wrongful and oppressive, as provided in Ind. Code § 34-25-2-23;

- the United States Marshal, or his designate, shall **ATTACH** the aforementioned real property of Defendant by serving this Order on Defendant at 2309 Florimond Avenue, Michigan City, Indiana 46360 pursuant to the Federal Rules of Civil Procedure and that the United States Marshal shall **RETURN** this order, with his proceedings, when executed or discharged;

- the United States Marshal, or his designate, shall **SERVE** this Order upon any person found to be in possession of said real estate;

- the Clerk of LaPorte County, Indiana, shall **RECORD** this Order or notice thereof in the *lis pendens* record of LaPorte County, Indiana. The Clerk is **DIRECTED** to send a copy of this order to the Clerk of LaPorte County, Indiana;

- all persons served with this Order shall be and hereby are forbidden to make or suffer any sale, assignment or transfer of, or any interference with any such property, except pursuant to a Court order; and

- pursuant to Indiana Code § 35-25-2-10, this Order shall bind the real property of Defendant located in LaPorte County, Indiana, subject to execution.

SO ORDERED this 6th day of March 2025.

                                                            s/Scott J. Frankel
                                                            Scott J. Frankel
                                                            United States Magistrate Judge