UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JANE DOE,

        Plaintiff,

v.                                  CAUSE NO. 3:25cv133 DRL-SJF

JONATHAN REES,

        Defendant.

## ORDER

Jonathan Rees moves to set aside a default judgment. He says he wasn't properly served under Indiana law, so the court never had personal jurisdiction. Having reviewed the record and briefing, an evidentiary hearing is needed to decide the motion and determine service, including Mr. Rees's dwelling house or usual place of abode at the time of service. His testimony will be required. The court also finds Ms. Doe's request for a subpoena to the Long Beach Country Club to be warranted. *See* Fed. R. Civ. P. 26(d)(1), 45.

Accordingly, the court SETS an evidentiary hearing for October 3, 2025 at 10:00 a.m. ET to take place in the Robert Lowell Miller, Jr. Courtroom, ORDERS Mr. Rees to attend this hearing in person to provide testimony, and AUTHORIZES Ms. Doe to issue a subpoena to the Long Beach Country Club.

SO ORDERED.

September 8, 2025                                  *s/ Damon R. Leichty*
                                                          Judge, United States District Court