UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JANE DOE,

    Plaintiff,

v.　　　　　　　　　　　　　　　　CAUSE NO. 3:25cv133 DRL-SJF

JONATHAN REES,

    Defendant.

### ORDER

On October 3, 2025, the court held an evidentiary hearing on Jonathan Rees's motion to set aside the default judgment [41]. The hearing transcript has since been requested. Accordingly, the court ORDERS that any request to seal or redact portions of the transcript must be filed by October 13, 2025.

SO ORDERED.

October 7, 2025　　　　　　　　　　　　*s/ Damon R. Leichty*
　　　　　　　　　　　　　　　　　　　Judge, United States District Court