UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JANE DOE,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　CAUSE NO. 3:25cv133 DRL-SJF

JONATHAN REES,

    Defendant.

## ORDER

On October 21, 2025, Jane Doe moved for leave to admit rebuttal evidence [48]. Given that oral arguments on the motion to set aside the judgment are scheduled for October 29, 2025 [47], the court ORDERS Jonathan Rees to file any objection or response by October 28, 2025 at 12:00 p.m. Eastern time.

SO ORDERED.

October 23, 2025　　　　　　　　　　　　　*s/ Damon R. Leichty*
　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court