UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:25-CV-133-DRL-SJF |
| | ) |
| JONATHAN REES, a/k/a GREG ELLIS, | ) |
| a/k/a JONNY REES, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(B)**

Defendant Jonathan Rees a/k/a Greg Ellis, by counsel, Kevin E. Steele of Burke Costanza & Carberry LLP, for his Motion for Relief from Judgment Pursuant to Rule 60(b), states:

1. For the reasons provided in Defendant's Memorandum in Support of Rule 60(b) Motion, Defendant requests that the Court grant his request and modify the judgment entered in this matter based upon the changed circumstances based upon the vacation of the default judgment in New York in case number 3:23-CV-1352.

WHEREFORE, Defendant, Jonathan Rees a/k/a Greg Ellis a/k/a Jonny Rees, respectfully requests that the Court grant relief from the judgment and modify it to a prejudgment attachment of the Florimond property pending the resolution of the New York litigation, or grant such other relief as the Court deems just and equitable.

1

Respectfully submitted,

BURKE COSTANZA & CARBERRY LLP
Attorneys for Defendant, Jonathan Rees,
a/k/a Greg Ellis, a/k/a Jonny Rees


By: /s/Kevin E. Steele
   Kevin E. Steele, #17567-53
   156 S. Washington Street
   Valparaiso, IN 46383
   (219) 531-0134
   steele@bcclegal.com


### Certificate of Service

   I hereby certify that on March 31, 2026, I electronically filed the foregoing document using the CM/ECF. I also certify that on March 31, 2026, the foregoing document was served upon the following persons via CM/ECF:

John A. Conway/Brianna Wittig
SOUTHBANK LEGAL
jconway@southbank.legal
bwittig@southbank.legal

David Labkowski
david@labkowskilaw.com

Kenneth A. Caruso
Ken.caruso@kennethcarusolaw.com

     /s/ Kevin E. Steele

2