UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JANE DOE,

        Plaintiff,

    v.

JONATHAN REES, a/k/a GREG ELLIS,
a/k/a JONNY REES,

        Defendant.

Case No.: 3:25-cv-133-DFL-SJF

**PLAINTIFF'S MEMORANDUM OF LAW IN
OPPOSITION TO DEFENDANT'S MOTION TO STRIKE**

Plaintiff, Jane Doe ("Plaintiff"), respectfully submits this memorandum of law in opposition to Defendant's motion, pursuant to Rule 12(f), ECF 87, to strike Plaintiff's memorandum of law, ECF 86.

**ARGUMENT**

Plaintiff makes three points:

**First**: Defendant moves under Rule 12(f).  That Rule, however, does not apply here. Rule 12(f) authorizes a court to "strike" certain matters "from a pleading[.]"  Plaintiff's filing at issue here, however, ECF 86, is not a "pleading."  *See* Rule 7(a) (listing the "pleadings" that "are allowed").  It is, rather, a memorandum of law, which makes legal arguments. *See Radcliffe v. Thacker*, 2026 WL 1510971, at *1 (S.D. Ind. May 29, 2026) (Rule 12(f) does not permit a court to strike material from a brief or memoranda) (citing cases).

**Second**, in any event, the Court, in its discretion, should not strike or disregard ECF 86. The latter filing completes the legal landscape for the Court.  At the June 16, 2026, conference,

the Court heard argument, and had colloquy with counsel, regarding the nature and the features of a judgment, and the remedies available, under the UFTA.  That argument and colloquy centered on Indiana Code § 32-18-2-18(b).  Plaintiff's most recent filing identifies and makes an argument regarding the remainder of the statute—in particular, § 32-18-2-18(c).  Plaintiff respectfully requests that the Court consider her arguments made in ECF 86.

**Third**, Defendant requests permission to respond to ECF 86.  Plaintiff takes no position on that request.

## CONCLUSION

For the foregoing reasons, the Court should deny Defendant's motion to strike under Rule 12(f).

Dated:  June 23, 2026

Respectfully submitted,

/s/ John A. Conway

John A. Conway (27712-71)
Brianna Wittig (39072-71)
SOUTHBANK LEGAL
100 E. Wayne Street
Suite 300
South Bend, IN 46601
(574) 969-0966
jconway@southbank.legal
bwittig@southbank.legal

KENNETH CARUSO LAW LLC

/s/ Kenneth A. Caruso*

Kenneth A. Caruso
15 W. 72nd Street
New York, NY 10023
(646) 599-4970
ken.caruso@kennethcarusolaw.com

LABKOWSKI LAW, P.A.

/s/ David Labkowski*

David Labkowski
1200 Brickell Avenue, Suite 800
Miami, FL 33131
(786) 461-1340
david@labkowskilaw.com

*Admitted pro hac vice

Attorneys for Plaintiff, Jane Doe

## CERTIFICATE OF SERVICE

I certify that on June 23, 2026, I electronically filed the foregoing document

using the CM/ECF system and served this Memorandum of Law on Defendant

pursuant to the Federal Rules of Procedure.

/s/ John A. Conway

John A. Conway

3