UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN REES,<br><br>Defendant. | CAUSE NO. 3:25cv133 DRL-SJF |

ORDER

The court, after receiving the notice of dismissal of appeal [95] and having considered the parties' joint motion [91] to vacate the judgment and dismissal, GRANTS the motion to vacate [91], VACATES the judgment entered on April 17, 2025 [24], and DISMISSES all claims with prejudice, with each party to bear its own costs and attorney fees. The case is now terminated.

SO ORDERED.

September 18, 2026

*s/ Damon R. Leichty*
Judge, United States District Court